# United States Bankruptcy Court
## Southern District of Florida

In re **Joan Clare Austin**
Debtor(s)

Case No.
Chapter **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| /s/ Joan Clare Austin | Date: | **June 27, 2016** |
|---|---|---|
| **Joan Clare Austin** | | |
| Signature of Attorney or Debtor | | |

| NAME | AUSTIN, JOAN | EMPLOYER: | AMERICAN MED CTRL INC |
|---|---|---|---|
| EMP. | 000422261 | PERIOD BEGINNING | 4/17/2016 |
| PAY DATE | 5/6/2016 | PERIOD ENDING | 4/30/2016 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 41.6266 | 79.75 | 3319.72 | 26095.82 |
| OVERTIME | 62.4399 | 2.75 | 171.71 | 5309.82 |
| STANDBY | 3.0000 | 21.50 | 64.50 | 559.50 |
| CALLBACK | 62.4399 | 9.75 | 608.79 | 5697.91 |
| SHIFT1 | 1.5000 | 19.75 | 29.63 | 323.65 |
| HCS ACCT | | | -98.07 | -882.63 |
| MEDICAL | | | -43.00 | -387.00 |
| DENTAL | | | -26.30 | -236.70 |
| VISION | | | -9.07 | -81.63 |
| FLSA | | | 4.43 | 170.16 |
| 401K | | | -503.85 | -4921.62 |
| FLSA BNS | | | | 625.00 |
| PTO | | | | 2856.70 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 58.32 | 580.73 |
| FICA-SS | 249.39 | 2483.14 |
| FED TAX | 472.12 | 5214.29 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EMP LIFE | 24.24 | 218.16 |
| EMP AD&D | 1.41 | 12.69 |
| SP AD&D | .62 | 5.58 |
| 401KLOAN | 301.14 | 2710.26 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | 59.37 |
| OILL | |
| XILL | |
| PTO CAP | 343.20 |
| TOT HRS WK | 92.25 |

| FEDERAL EXEMPT | STATE EXEMPT | STATE 2 EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDITIONAL FEDERAL | ADDITIONAL STATE | ADDITIONAL STATE2 |
|---|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | FL | | M | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 4022.34 | 503.85 | 3518.49 | 779.83 | 327.41 | 2411.25 |
| | YTD | 40050.60 | 4921.62 | 35128.98 | 8278.16 | 2946.69 | 23904.13 |

947 7290.00 AMERICAN MED CTRL INC
AUSTIN, JOAN
1541 SW IFFLA AVE
PORT SAINT LUC FL 34953

AMERICAN MED CTRL INC
ST MARYS MED CTR
901 45TH ST
WEST PALM BEACH FL 33407

| NAME | AUSTIN, JOAN | | AMERICAN MED CTRL INC |
|---|---|---|---|
| EMP. | 000422261 | PERIOD BEGINNING | 5/1/2016 |
| PAY DATE | 5/20/2016 | PERIOD ENDING | 5/14/2016 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 41.6266 | 80.00 | 3330.13 | 29425.95 |
| OVERTIME | 62.4399 | 12.25 | 764.89 | 6074.71 |
| STANDBY | 3.0000 | 39.00 | 117.00 | 676.50 |
| CALLBACK | 62.4399 | 4.00 | 249.76 | 5947.67 |
| SHIFT1 | 1.5000 | 34.00 | 51.00 | 374.65 |
| HCS ACCT | | | -98.07 | -980.70 |
| MEDICAL | | | -43.00 | -430.00 |
| DENTAL | | | -26.30 | -263.00 |
| VISION | | | -9.07 | -90.70 |
| FLSA | | | 15.99 | 186.15 |
| 401K | | | -543.45 | -5465.07 |
| FLSA BNS | | | | 625.00 |
| PTO | | | | 2856.70 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 63.11 | 643.84 |
| FICA-SS | 269.84 | 2752.98 |
| FED TAX | 544.72 | 5759.01 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EMP LIFE | 24.24 | 242.40 |
| EMP AD&D | 1.41 | 14.10 |
| SP AD&D | .62 | 6.20 |
| 401K LOAN | 301.14 | 3011.40 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | 68.17 |
| OILL | |
| XILL | |
| PTO CAP | 343.20 |
| TOT HRS WK | 96.25 |

| FEDERAL EXEMPT | STATE EXEMPT | STATE 2 EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDITIONAL FEDERAL | ADDITIONAL STATE | ADDITIONAL STATE2 |
|---|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | FL | | M | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 4352.33 | 543.45 | 3808.88 | 877.67 | 327.41 | 2603.80 |
| | YTD | 44402.93 | 5465.07 | 38937.86 | 9155.83 | 3274.10 | 26507.93 |

947 7290.00 AMERICAN MED CTRL INC
AUSTIN, JOAN
1541 SW IFFLA AVE

PORT SAINT LUC FL 34953

AMERICAN MED CTRL INC
ST MARYS MED CTR
901 45TH ST
WEST PALM BEACH FL 33407

| NAME | AUSTIN, JOAN | EMPLOYER: | AMERICAN MED CTRL INC |
|---|---|---|---|
| EMP. | 000422261 | PERIOD BEGINNING | 5/29/2016 |
| PAY DATE | 6/17/2016 | PERIOD ENDING | 6/11/2016 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 41.6266 | 73.00 | 3038.74 | 35794.81 |
| OVERTIME | 62.4399 | 20.25 | 1264.41 | 8650.36 |
| STANDBY | 3.0000 | 10.50 | 31.50 | 768.00 |
| CALLBACK | 62.4399 | 8.75 | 546.35 | 7961.36 |
| SHIFT1 | 1.5000 | 33.50 | 50.26 | 508.91 |
| EDUCATE | 41.6266 | 7.00 | 291.39 | 291.39 |
| HCS ACCT | | | -98.07 | -1176.84 |
| HOL DIFF | 20.8133 | 11.50 | 239.35 | 239.35 |
| MEDICAL | | | -43.00 | -516.00 |
| DENTAL | | | -26.30 | -315.60 |
| VISION | | | -9.07 | -108.84 |
| FLSA | | | 25.83 | 263.54 |
| 401K | | | -658.54 | -6880.12 |
| FLSA BNS | | | | 625.00 |
| PTO | | | | 2856.70 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 77.01 | 809.71 |
| FICA-SS | 329.30 | 3462.21 |
| FED TAX | 755.71 | 7450.05 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EMP LIFE | 24.24 | 290.88 |
| EMP AD&D | 1.41 | 16.92 |
| SP AD&D | .62 | 7.44 |
| 401KLOAN | 301.14 | 3613.68 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | 85.77 |
| OILL | |
| XILL | |
| PTO CAP | 343.20 |
| TOT HRS WK | 109.00 |

| FEDERAL EXEMPT | STATE EXEMPT | STATE 2 EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDITIONAL FEDERAL | ADDITIONAL STATE | ADDITIONAL STATE2 |
|---|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | FL | | M | | | |

| EARNINGS SUMMARY | | GROSS PAY | TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 5311.39 | 658.54 | 4652.85 | 1162.02 | 327.41 | 3163.42 |
| | YTD | 55842.14 | 6880.12 | 48962.02 | 11721.97 | 3928.92 | 33311.13 |

```
947 7290.00 AMERICAN MED CTRL INC        AMERICAN MED CTRL INC
AUSTIN, JOAN                             ST MARYS MED CTR
1541 SW IFFLA AVE                        901 45TH ST
                                         WEST PALM BEACH FL 33407
PORT SAINT LUC FL 34953
```

| NAME | AUSTIN, JOAN | EMPLOYER: | AMERICAN MED CTRL INC |
|---|---|---|---|
| EMP. | 000422261 | PERIOD BEGINNING | 5/15/2016 |
| PAY DATE | 6/3/2016 | PERIOD ENDING | 5/28/2016 |

### EARNINGS AND HOURS

| EARNINGS NAME | RATE | CURRENT HOURS | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 41.6266 | 80.00 | 3330.12 | 32756.07 |
| OVERTIME | 62.4399 | 21.00 | 1311.24 | 7385.95 |
| STANDBY | 3.0000 | 20.00 | 60.00 | 736.50 |
| CALLBACK | 62.4399 | 23.50 | 1467.34 | 7415.01 |
| SHIFT1 | 1.5000 | 56.00 | 84.00 | 458.65 |
| HCS ACCT | | | -98.07 | -1078.77 |
| MEDICAL | | | -43.00 | -473.00 |
| DENTAL | | | -26.30 | -289.30 |
| VISION | | | -9.07 | -99.77 |
| FLSA | | | 51.56 | 237.71 |
| 401K | | | -756.51 | -6221.58 |
| FLSA BNS | | | | 625.00 |
| PTO | | | | 2856.70 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 88.86 | 732.70 |
| FICA-SS | 379.93 | 3132.91 |
| FED TAX | 935.33 | 6694.34 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EMP LIFE | 24.24 | 266.64 |
| EMP AD&D | 1.41 | 15.51 |
| SP AD&D | .62 | 6.82 |
| 401KLOAN | 301.14 | 3312.54 |

### MISCELLANEOUS

| DESCRIPTION | CURRENT |
|---|---|
| PTO | 76.97 |
| OILL | |
| XILL | |
| PTO CAP | 343.20 |
| TOT HRS WK | 124.50 |

| FEDERAL EXEMPT | STATE EXEMPT | STATE 2 EXEMPT | STATE CODE | STATE 2 CODE | TAX STATUS | ADDITIONAL FEDERAL | ADDITIONAL STATE | ADDITIONAL STATE2 |
|---|---|---|---|---|---|---|---|---|
| 00 | 00 | 00 | FL | | M | | | |

| EARNINGS SUMMARY | | GROSS PAY | 401K TAX DEFER | ADJ GROSS | TAXES | AFT TAX DED | NET PAY |
|---|---|---|---|---|---|---|---|
| | CURRENT | 6127.82 | 756.51 | 5371.31 | 1404.12 | 327.41 | 3639.78 |
| | YTD | 50530.75 | 6221.58 | 44309.17 | 10559.95 | 3601.51 | 30147.71 |

```
947 7290.00 AMERICAN MED CTRL INC          AMERICAN MED CTRL INC
AUSTIN, JOAN                                ST MARYS MED CTR
1541 SW IFFLA AVE                           901 45TH ST
                                            WEST PALM BEACH FL 33407
PORT SAINT LUC FL 34953
```